# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| HELEN HEATH,<br>JOHN HEATH<br><br>　　　Plaintiffs,<br><br>v.<br><br>ETHICON INC.,<br>JOHNSON & JOHNSON,<br><br>　　　Defendants. | Civil Action No.<br>3:20-cv-1227-MMH-PDB |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

　　　The parties would like to advise the Court that a settlement in principle has been reached in the *Heath* case. It will likely take several months before the settlement of the *Heath* case will be finalized. As a result, the parties jointly request that the *Heath* case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice.

　　　In the event the settlement is not finalized, the parties will promptly inform Your Honor so that it can be restored to the active docket of this Court.

　　　This 24th day of May, 2021.

　　　　　　　　　　　　　　[*SIGNATURE PAGE FOLLOWS*]

1

Respectfully submitted,

*/s/ Brett A. Tarver*
Brett A. Tarver
Florida Bar No. 1000408
TROUTMAN PEPPER
HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900
Brett.tarver@troutman.com

*Counsel for Defendants Ethicon Inc. and Johnson & Johnson*

*/s/ Russell W. Lewis, IV*
Russell W. Lewis, IV, FL Bar No. 0100755
Dana Lizik (*Admitted Pro Hac Vice*)
JOHNSON LAW GROUP
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
rlewis@johnsonlawgroup.com
dlizik@johnsonlawgroup.com

*Counsel for Plaintiffs Helen Heath and John Heath*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the counsel of record.

This 24th day of May, 2021.

>  */s/ Brett A. Tarver*
> Brett A. Tarver
> Florida Bar No. 1000408