# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HELEN HEATH and
JOHN HEATH,

      Plaintiffs,

v.                                                    Case No. 3:20-cv-1227-MMH-PDB

ETHICON, INC. and
JOHNSON & JOHNSON,

      Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on the Joint Notice of Settlement and Request to Stay (Dkt. No. 34; Notice) filed on May 24, 2021. In the Notice, the parties advise the Court that they have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **August 25, 2021**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **August 25, 2021**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for January 23, 2023, is cancelled, and this case is removed from the February 2023, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of May, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record