# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HELEN HEATH and
JOHN HEATH,

    Plaintiffs,

v.       Case No.   3:20-cv-1227-MMH-PDB

ETHICON, INC. and
JOHNSON & JOHNSON,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 38; Stipulation) filed on October 22, 2021.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of October, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record